1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   SCOTT J. BORROWMAN, CSBN 241021
4  Special Assistant United States Attorney

5     Social Security Administration
      160 Spear Street, Suite 800
6     San Francisco, CA  94105
      Telephone: 415-977-8942
7     Facsimile: 415-744-0134
      E-Mail: scott.borrowman@ssa.gov
8
   Attorneys for Defendant
9
                       UNITED STATES DISTRICT COURT
10                     CENTRAL DISTRICT OF CALIFORNIA
                            WESTERN DIVISION
11

12 JERRY C. SANDERS,                )  Case No. 2:12-cv-03317 AJW
                                    )
13         Plaintiff,               )  **JUDGMENT OF REMAND**
                                    )
14    v.                            )
                                    )
15 MICHAEL J. ASTRUE,               )
   Commissioner of Social Security, )
16                                  )
           Defendant.               )
17 _____ )

18
       The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to
19
   Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged
20
   concurrently with the lodging of the within Judgment of Remand,
21
       **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned
22
   action is remanded to the Commissioner of Social Security for further proceedings consistent
23
   with the Stipulation for Remand.
24

25
   January 16, 2013
26

27
   _____
28 THE HONORABLE ANDREW J. WISTRICH
   UNITED STATES MAGISTRATE JUDGE

-1-