LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JERRY SANDERS, | No. EDCV 12-03317 AJW |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| CAROLYN W. COLVIN<br>Commissioner Of Social Security, | |
| Defendant. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($2,500.00) subject to the terms of the stipulation.

DATE:  2/26/13    ____/s/ Andrew J. Wistrich_____
                                HON. ANDREW J. WISTRICH
                                UNITED STATES MAGISTRATE JUDGE